■ JOHN PIAZZA, Respondent, v. COMMERCIAL UNION INSURANCE CO., LTD., et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term denying motion

of defendants for summary judgment under rule 113 of the Rules of Civil Practice.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.